IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. DEKLE and JOHN RAMSAY,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) **CASE NO. 1:15-CV-00069** <br> **GLOBAL DIGITAL SOLUTIONS, INC.** ) <br> **and NORTH AMERICAN CUSTOM** ) <br> **SPECIALTY VEHICLES, INC.,** ) <br> ) <br> **Defendants.** ) | |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants, Global Digital Solutions, Inc. ("GDSI") and North American Custom Specialty Vehicles, Inc. ("NACSV"), pursuant to 28 U.S.C. §§1441 and 1446, removes this action to the United States District Court for the Southern District of Alabama. In support of its Notice of Removal, Defendants state as follows:

1. GDSI and NACSV are the only defendants in this civil action now pending in the Circuit Court of Baldwin County, Alabama, as Case No. 05-CV-2015-900050.00, and titled <u>Brian A. Dekle and John Ramsay v. Global Digital Solutions, Inc. and North American Custom Specialty Vehicles, Inc</u>.

2. Plaintiffs filed their lawsuit on or about January 14, 2015. Defendant, NACSV, was served with a copy of complaint on January 14, 2015. Copies of all pleadings served on NACSV are attached as Exhibit 1. This Notice of Removal is filed within thirty days after receipt by NACSV of a copy of the complaint, in compliance with 28 U.S.C. §1446(b), and within thirty days of NACSV's notice of this action.

22753447 v1

3. Defendant, GDSI, has not yet been served with a copy of the summons and complaint. However, GDSI obtained a copy of the complaint as of January 14, 2015. GDSI appears specially for purposes of removal, but does not waive any arguments regarding insufficient service of process.

4. The underlying state court action is one in which this Court had original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states.

5. Plaintiffs are individuals who are residents and citizens of the State of Alabama. Complaint, ¶1.

6. Despite the allegations in Plaintiffs' Complaint, Defendant GDSI is a corporation organized under the laws of the State of New Jersey with its principal place of business in the State of Florida.

7. Defendant NACSV is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Florida.

8. There is complete diversity of the parties pursuant to 28 U.S.C. §1332.

9. According to Plaintiffs' Complaint, the amount in controversy exceeds the threshold amount for diversity jurisdiction. Plaintiffs request a judgment of at least $300,000.00. Complaint, ¶9.

10. In addition to the $300,000.00 requested by the Plaintiffs, Plaintiffs also demand an additional money judgment for the alleged compensatory damages allegedly suffered by Plaintiffs.

11. In light of the numerous and significant elements of damages, recovery, and relief alleged and sought, the amount in controversy sought by Plaintiffs exceeds $75,000.00 exclusive of interests and costs.

Respectfully submitted,

*s/ Edward G. Bowron*
Edward G. Bowron (BOWRE9029)

Attorney for Defendants
GLOBAL DIGITAL SOLUTIONS, INC. AND NORTH AMERICAN CUSTOM SPECIALTY VEHICLES, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this the 9th day of February, 2015, a copy of the foregoing document using the CM/ECF System, which will send notification of such filing upon counsel registered with the system and/or a copy will be deposited in the United States mail, properly addressed and first class postage prepaid.

Richard E. Davis
DAVIS & FIELDS, P.C.
Post Office Box 2925
Daphne, Alabama  36526
rdavis@davis-fields.com

*s/ Edward G. Bowron*
OF COUNSEL