UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN RAMSAY and CARL D.
DEKLE,

    Plaintiffs/Counter-Defendants,        CASE NO.: 6:15-cv-1633-Orl-22GJK

vs.

GLOBAL DIGITAL SOLUTIONS, INC.,
NORTH AMERICAN CUSTOM
SPECIALTY VEHICLES, INC., and
RICHARD J. SULLIVAN

    Defendants/Counter-Plaintiffs.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs/Counter-Defendants, John Ramsay and Carl D. Dekle, as Personal Representative of the Estate of Brian A. Dekle (collectively, "Plaintiffs") and Defendants/Counter-Plaintiffs, Global Digital Solutions, Inc., North American Custom Specialty Vehicles, Inc., and Richard J. Sullivan (collectively, "Defendants") (Plaintiffs and Defendants are collectively the "Parties"), by and through undersigned counsel and pursuant to Local Rule 3.08, hereby inform the Court that a settlement of the present matter has been reached as to all claims raised by the Parties in this matter.

Pursuant to Local Rule 3.08(b), the Parties respectfully request that this Honorable Court enter an order directing the Clerk to administratively close this file subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings, and stating

that failure to file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the Parties.

Respectfully submitted this 2nd day of September, 2016.

| /s/ Tucker H. Byrd | /s/ Eric S. Golden |
|---|---|
| Tucker H. Byrd | Eric S. Golden |
| Florida Bar No. 381632 | Florida Bar No. 146846 |
| Email: tbyrd@byrdcampbell.com | Primary Email: egolden@burr.com |
| Scottie McPherson | Secondary Email: jmorgan@burr.com |
| Florida Bar No. 85137 | Gennifer L. Bridges |
| Email: smcpherson@byrdcampbell.com | Florida Bar No. 0072333 |
| Byrd Campbell, P.A. | Primary Email: gbridges@burr.com |
| 180 Park Ave., Suite 2A | Secondary Email: echaves@burr.com |
| Winter Park, FL 32789 | Burr & Forman LLP |
| Telephone: (407) 392-2285 | 200 S. Orange Avenue, Suite 800 |
| Facsimile: (407) 392-2286 | Orlando, Florida 32801 |
| *Attorneys for Plaintiffs/Counter-Defendants* | Telephone: (407) 540-6600 |
| | Facsimile: (407) 540-6601 |
| | *Attorneys for Defendants/Counter-Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2016, I filed a true and correct copy of the foregoing via the CM/ECF system, which will provide notice to the following counsel of record:

Tucker H. Byrd
Email: tbyrd@byrdcampbell.com
Scottie McPherson
Email: smcpherson@byrdcampbell.com
Byrd Campbell, P.A.
180 Park Ave., Suite 2A
Winter Park, FL 32789
*Attorneys for Plaintiffs*

*/s/ Eric S. Golden*
Eric S. Golden (FBN 146846)