# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN RAMSAY and CARL D. DEKLE,**

        **Plaintiffs,**

**v.**                                             **Case No:   6:15-cv-1633-Orl-22GJK**

**GLOBAL DIGITAL SOLUTIONS, INC.,**
**NORTH AMERICAN CUSTOM**
**SPECIALTY VEHICLES, INC. and**
**RICHARD J. SULLIVAN,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

The Court has been advised that the above-styled action has been settled (Doc. No. 88).

Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to

submit a stipulated form of final order or judgment should they so choose **or** for any party to

move to reopen the action, *upon good cause shown*.   Any pending motions are **denied** as moot

and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on September 7, 2016.


ANNE C. CONWAY
United States District Judge


**COPIES FURNISHED TO:**

Counsel of Record